

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the matter of the Estate of          * From the County Court at
Esther Abell Denton, deceased,            Law No. 2, Midland County,
                                          Trial Court No. P14779.

No. 11-14-00222-CV                       * November 6, 2014

                                         * Per Curiam Memorandum Opinion
                                           (Panel consists of: Wright, C.J.,
                                           Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Douglas A. Denton.